IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Taywyn Mason,

    Plaintiff,   :  Case No. 2:19-cv-4502

-vs-   :  Judge Sarah D. Morrison
    Chief Magistrate Judge Preston Deavers

Richard Davis, *et al.*,   :

  :

Defendants.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on April 7, 2020. (ECF No. 9). In that filing, the Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 9) and **DISMISSES** the Complaint (ECF No. 1). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                              /s/ Sarah D. Morrison
                            **SARAH D. MORRISON**
                            **UNITED STATES DISTRICT JUDGE**